IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SYLVESTER O. BARBEE,
ADC #131311                                                                                     PLAINTIFF

VS.                              5:15-CV-00381 BRW/BD

TROY MOORE, et al.                                                                              DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Barbee's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Barbee's claims against Defendant Smarjessi are DISMISSED, without prejudice. The claims against Defendants Moore and Austin are limited to medical treatment they provided after July 7, 2014.

IT IS SO ORDERED, this 30th day of December, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE