# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**SYLVESTER O. BARBEE,**
**ADC #131311** **PLAINTIFF**

**VS.** **5:15-CV-00381 BRW/BD**

**TROY MOORE,** *et al.* **DEFENDANTS**

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Plaintiff's objections, and a *de novo* review of the record, I approve and adopt the Recommendation as my findings in all respects.

Accordingly, the claims against Defendant Austin are DISMISSED, with prejudice.

Plaintiff's Motion for Service (Doc. No. 24) is DENIED, without prejudice. As set out in the February 22, 2016 Order,[1] Plaintiff must use discovery or other means to obtain a valid address for Defendant Moore. He must provide this address to the Court and file a motion for service by 5 p.m., Monday, May 23, 2016. Failure to do so may result in dismissal of the case.

IT IS SO ORDERED, this 8th day of March, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 20.